# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. COLEMAN, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00759-SKO (PC)<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>14-DAY DEADLINE |

On May 10, 2021, the Court issued an order staying this case for 90 days and referring it to alternative dispute resolution. (Doc. 13.) The Court directed the parties to file the notice attached to the order within 40 days. (*Id.* at 2.) Although more than 40 days have passed, neither party has filed the notice or otherwise responded to the Court's order.

Accordingly, the parties SHALL show cause, **within 14 days**, why sanctions should not be imposed for failure to comply with the Court's order. Alternatively, within that same time, the parties may file the notice attached to the order (Doc. 13 at 3).

IT IS SO ORDERED.

Dated: __**July 2, 2021**__　　　　　　　　　　__/s/ *Sheila K. Oberto*__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE