UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>            Plaintiff,<br><br>      v.<br><br>ROXANNE COLEMAN,<br><br>            Defendant. | Case No.: 1:20-cv-00759-DAD-SKO (PC)<br><br>**ORDER REGARDING PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE**<br><br>(Doc. 34) |

On February 25, 2022, plaintiff filed a "Plaintiff's Request to Extend Discovery Deadline." (Doc. 34.) Plaintiff requests the discovery deadline of March 15, 2022, set in the Discovery and Scheduling Order issued October 15, 2021 (Doc. 33), be extended from March 15, 2022, to May 14, 2022.

More specifically, plaintiff indicates his legal property is being stored at the institution library "on a box for box exchange basis." He is currently working on an opposition to a motion for summary judgment in another matter, and is then scheduled to receive his legal property in another matter in order to comply with an order to amend a habeas petition no later than March 15, 2022. (Doc. 34 at 2.) Plaintiff declares he "cannot draft [] discovery responses until" he obtains his legal property related to this case "in several weeks." (*Id.* at 2-3.) Plaintiff does not identify what specific discovery has been propounded by Defendants or indicate when the discovery was sent.

The court finds good cause for an extension; however, the extension of time will be limited in duration and scope and will not extend the discovery deadline for all purposes.

Plaintiff shall be granted a 30-day extension until **April 14, 2022**, within which to file responses to the now pending discovery requested by Defendants. Defendants shall have until June 15, 2022, to file any motion to compel relating to its now pending discovery requests. All other deadlines, including the deadline for completion of all other discovery, as outlined in the Discovery and Scheduling Order will remain in place.

Plaintiff is cautioned that should he seek a further extension of time within which to respond to Defendants' now pending discovery requests, he must specifically identify the type of discovery request at issue (i.e., interrogatories, request for production of documents, etc.) and identify the date that request was propounded or sent. This information is necessary to establish a showing of good cause for any future extension, in addition to the reasons for the request.

Based upon the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff be GRANTED a 30-day extension of time until **April 14, 2022**, within which to respond to Defendants' now pending discovery requests;
2. Defendants shall have until June 15, 2022, within which to file any necessary motion to compel specific to the now pending discovery requests previously propounded to plaintiff; and
3. All other deadlines, as outlined in the Discovery and Scheduling Order of October 15, 2021, remain as originally set.

IT IS SO ORDERED.

Dated:   **March 3, 2022**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

2