UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>  Plaintiff,<br><br>v.<br><br>ROXANNE COLEMAN,<br><br>  Defendant. | Case No.: 1:20-cv-00759-ADA-SKO (PC)<br><br>**ORDER DIRECTING THE PARTIES TO PARTICIPATE IN AND MEET AND CONFER REGARDING A SETTLEMENT CONFERENCE** |

Plaintiff is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983 on a single claim of retaliation in violation of the First Amendment against Defendant R. Coleman.

On March 29, 2022, this Court issued its Order Granting Defendant's Motion to Modify the Scheduling Order and Order Granting Plaintiff's Motion to Extend the Discovery Deadline. (*See* Doc. 38.) The deadline for the completion of all discovery was extended to May 27, 2022, and the deadline for filing pre-trial dispositive motions was extended to June 27, 2022. (*Id.* at 3.)

Neither party has filed a discovery motion or a pre-trial dispositive motion. Discovery is now closed and the deadline for filing pre-trial motions has passed.

On August 24, 2022, this case was reassigned from District Judge Dale A. Drozd to District Judge Ana de Alba for all further proceedings. (Doc. 39.)

//

1  Accordingly, given the procedural posture of this action, the parties are HEREBY
2  ORDERED to participate in a settlement conference before the undersigned. The parties shall
3  meet and confer to select either **September 29, 2022 at 10:30 a.m.**, **or November 8, 2022 at**
4  **10:30 a.m.**, for a settlement conference to be held via Zoom videoconference. Defense counsel
5  shall contact Courtroom Deputy Wendy Kusamura, wkusamura@caed.uscourts.gov, with the
6  parties' date selection **no later than September 8, 2022**.

IT IS SO ORDERED.

Dated:   **August 29, 2022**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE