UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>            Plaintiff,<br><br>      v.<br><br>ROXANNE COLEMAN,<br><br>            Defendant. | Case No.: 1:20-cv-00759-ADA-SKO (PC)<br><br>**ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE DEVONTE B. HARRIS, CDCR No. P-73399** |

The settlement conference previously set for November 8, 2022, in this matter has been vacated. Inmate Devonte B. Harris, CDCR No. P-73399, is no longer needed by the Court as a participant in proceedings on that date, and the writ of habeas corpus ad testificandum issued September 29, 2022, as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **November 1, 2022**              /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE