1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    DEVONTE B. HARRIS,                    Case No.: 1:20-cv-00759-ADA-SKO (PC)

12                 Plaintiff,               **ORDER TO SHOW CAUSE IN WRITING
                                            WHY SANCTIONS SHOULD NOT BE
13         v.                               IMPOSED FOR THE PARTIES' FAILURE
                                            TO SUBMIT CONFIDENTIAL
14    ROXANNE COLEMAN,                      SETTLEMENT CONFERENCE
                                            STATEMENTS**
15                 Defendant.

16

17

18         Plaintiff Devonte B. Harris is proceeding *pro se* in this civil rights action pursuant to 42

19   U.S.C. § 1983 on a single claim of retaliation in violation of the First Amendment against

20   Defendant R. Coleman.

21         On November 1, 2022, the Court issued its Amended Order Setting Settlement

22   Conference and Settlement Conference Procedures. (Doc. 50.) A telephonic pre-settlement

23   conference was scheduled for February 8, 2023, at 11:00 a.m. and the settlement conference was

24   set for February 14, 2023, at 10:30 a.m. via Zoom videoconference. (*Id*. at 1-2.) Following

25   informal negotiations, the parties were ordered to submit their confidential settlement conference

26   statements **no later than January 24, 2023**. (*Id*. at 3-4.) To date, neither party has submitted a

27   confidential settlement conference statement.

28   //

Accordingly, the Court **ORDERS** both parties to show cause in writing, **no later than Monday, February 6, 2023**, why sanctions should not be imposed for their respective failures to submit a confidential settlement conference statement as ordered.  **Alternatively**, within that same time, Plaintiff may serve his confidential settlement conference statement by U.S. mail[1] and Defendant may submit her confidential settlement conference statement to skoorders@caed.uscourts.gov and file a notice of submission of same with the Court.

<u>**Failure to comply with this order may result in the imposition of sanctions for a failure to obey court orders.**</u>

**The Clerk of the Court is DIRECTED to serve a copy of this Order on the Litigation Coordinator at California State Prison, Corcoran via email or facsimile so this Order may be provided to Plaintiff (Devonte B. Harris, CDCR No. P-73399) without delay.**

IT IS SO ORDERED.

Dated:   **February 1, 2023**                    */s/ Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The Court recognizes receipt of Plaintiff's confidential settlement conference statement may be delayed due to the necessity of his submission via U.S. Mail.