UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>            Plaintiff,<br><br>      v.<br><br>ROXANNE COLEMAN,<br><br>            Defendant. | Case No.: 1:20-cv-00759-ADA-SKO (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE**<br><br>(Doc. 58)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Devonte B. Harris is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The action proceeds on a single claim of retaliation in violation of the First Amendment against Defendant R. Coleman. This matter is set for a pretrial conference on June 27, 2023, and a jury trial on August 29, 2023.

On February 16, 2023, the Court issued a second scheduling order directing Plaintiff to file his pretrial statement on or before June 12, 2023. (Doc. 58 at 2.) Plaintiff was advised that a failure to file a pretrial statement as required by that order may result in the imposition of appropriate sanctions, which may include dismissal of the actin or entry of default. (*Id*.) The deadline for the filing of Plaintiff's pretrial statement has expired, and Plaintiff has failed to comply with the Court's scheduling order or to otherwise communicate with the Court.

//

Accordingly, Plaintiff is **HEREBY ORDERED** to show cause in writing why this action should not be dismissed, with prejudice, for his failure to obey the Court's order and for failure to prosecute. Plaintiff's response is due **within fourteen (14) days** from the date of service of this order. **If Plaintiff fails to file a response, or the response does not demonstrate good cause, the Court will recommend this action be dismissed for Plaintiff's failure to obey court orders and failure to prosecute**.

IT IS SO ORDERED.

Dated:   **June 20, 2023**                         /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE