# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROXANNE COLEMAN,<br><br>　　　　Defendant.<br>_____/ | Case No.: 1:20-cv-00759-ADA-SKO (PC)<br><br><br><br><br>**THIRD AMENDED ORDER & WRIT OF<br>HABEAS CORPUS AD TESTIFICANDUM** |

Devonte B. Harris, CDCR # P-73399, a necessary and material witness in a pretrial conference in this case on **July 24, 2023**, is confined at the California Men's Colony in San Luis Obispo, California (CMC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Judge Ana de Alba, by Zoom video conference from his place of confinement, on Monday, **July 24, 2023, at 2:00 p.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a pretrial conference at the time and place above, until completion of the pretrial conference or as ordered by the court. [https://www.zoomgov.com/j/1609867296?pwd=V1dPZ1NDU2xsQ0RKbXVHUkxHSTI4QT09 Join by SIP • 1609867296@sip.zoomgov.com]

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via email on the Litigation Office at the California Men's Colony.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Mamie Hernandez, Courtroom Deputy, at mhernandez@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CMC, P.O. Box 8101, San Luis Obispo, CA 93409:**

**WE COMMAND** you to produce the inmate named above to testify before Judge de Alba at the time and place above, by Zoom video conference, until completion of the pretrial conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**July 21, 2023**__                    _____/s/ *Sheila K. Oberto*_____
                                                                UNITED STATES MAGISTRATE JUDGE

