# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROXANNE COLEMAN,<br><br>    Defendant. | Case No.: 1:20-cv-00759-KES-SKO (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE DEVONTE B. HARRIS CDCR #P-73399** |

**Devonte B. Harris, CDCR # P-73399**, a necessary and material participant in a jury trial on December 10, 2024, is confined in Kern Valley State Prison (KVSP), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Judge Kirk E. Sherriff, in Courtroom 6, 7th Floor, of the United States Courthouse at 2500 Tulare Street, Fresno, California, on Tuesday, **December 10, 2024, at 8:30 a.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, along with any necessary legal property, in person, to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at KVSP at (661) 720-4949 or via email.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, KVSP, P. O. Box 6000, Delano, California 93216:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Sheriff at the time and place above, in person, until completion of the jury trial or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **November 4, 2024**              /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

