# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROXANNE COLEMAN,<br><br>　　　　　Defendant. | Case No.: 1:20-cv-00759-KES-SKO (PC)<br><br>**ORDER DISCHARGING WRITS OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE DEVONTE B. HARRIS, CDCR NO. P-73399** |

　　　The pre-trial motions hearing previously set for December 3, 2024, and the jury trial previously set for December 10, 2024, in this matter have been vacated. Inmate Devonte B. Harris, CDCR No. P-73399, is no longer needed by the Court as a participant in those proceedings, and the writs of habeas corpus ad testificandum issued on November 4, 2024, and November 22, 2024, respectively, as to this inmate are HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **November 26, 2024**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE