UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>ROXANNE COLEMAN,<br><br>        Defendant. | Case No.: 1:20-cv-00759-KES-SKO (PC)<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. 104) |

    On December 19, 2024, counsel for Defendant Roxanne Coleman filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 104.) The stipulation is signed and dated by Plaintiff Devonte B. Harris and Jon S. Allin, counsel for Defendant, and indicates that each party shall bear its own litigation costs and attorney's fees. (*Id.*)

    Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **December 23, 2024**              /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28